DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WALTER MACK REED,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1799

_____

October 24, 2025

Appeal pursuant to Fla. R. App. P. 9.141 (b)(2) from the Circuit Court for Pinellas County, Brett Szematowicz, Judge.

PER CURIAM.

Affirmed.

LUCAS, C.J., and SILBERMAN and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.